IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GISELL ESTRADA

      Plaintiff,

v.

                                  No.   22-cv-00611

CITY OF ALBUQUERQUE,
APD DETECTIVE JESSIE CARTER, and
APD SCHOOL RESOURCE OFFICER
STANLEY GRAY,

      Defendants.

## NOTICE OF ENTRY OF APPEARANCE

        Stephanie M. Griffin, Deputy City Attorney, hereby gives notice of her entry of appearance

as the attorney for Defendant City of Albuquerque in this cause.

                              Respectfully submitted,

                              CITY OF ALBUQUERQUE
                              OFFICE OF THE CITY ATTORNEY


                              /s/ *Stephanie M. Griffin*
                              Deputy City Attorney
                              P.O. Box 2248
                              Albuquerque, New Mexico  87102
                              (505) 768-4500

                              *Attorney for Defendant City of Albuquerque*

It is hereby certified that a true copy
of the foregoing pleading was served
to Plaintiff c/o:

Laura Schauer Ives
Adam C. Flores
Alyssa D. Quijano
IVES & FLORES, P.A
925 Luna Cir. NW STE 4
Albuquerque, NM 87102
505-364-3858
laura@nmcivilrights.com
adam@nmcivilrights.com
alyssa@nmcivilrights.com

Leon Howard
Maria Sanchez
ACLU OF NEW MEXICO
P.O. Box 566
Albuquerque, NM 87103
505-266-5915
lhoward@aclu-nm.org
msanchez@aclu-nm.org

*Attorneys for Plaintiff*

on this 16th day of August, 2022

/s/ *Stephanie M. Griffin*
Deputy City Attorney

2